UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JESUS MARIA DE LOS SANTOS

                Plaintiff,               <u>ORDER</u>

      -v-                              07 cv 09731 (GBD)

NEW ATLANTIS MGMT CORP., and
SUPREME REALTY MGMT INC

                Defendants.
------------------------------------------------------------------x
GEORGE B. DANIELS, District Judge:

     Pro Se Plaintiff's November 2, 2007, application for a temporary restraining order and an order to show cause why a preliminary injunction should not be issued, is denied.

Dated: New York, New York
        November 2, 2007

                                                 SO ORDERED:

                                                 _____
                                                 GEORGE B. DANIELS
                                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 5 2007