UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
JESUS MARIA DE LOS SANTOS,

        Plaintiff,
    -against-
NEW ATLANTIS MGMT CORP., and
SUPREME REALTY INC.
        Defendants.
------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 05 2007
07-cv-09731 (GBD)

PRO SE PRETRIAL
CONFERENCE

GEORGE B. DANIELS, DISTRICT JUDGE:

    Pro Se Plaintiff and counsel for all parties are hereby directed to attend a conference at the time and place fixed below, for the purpose of Case Management and scheduling pursuant to Fed. R. Civ. P. 16. You are directed to furnish all attorneys in this action with copies of this order and enclosures, and to furnish chambers with a copy of any transmittal letter(s). If you are unaware of the identity of counsel for any of the parties, you must forthwith send a copy of the notice and rules to that party personally.

    A Pro Se pretrial conference will be held on November 15, 2007, at 9:30 a.m. in the United States District Courthouse, 500 Pearl Street, New York, New York, COURTROOM 15D.

    No application for adjournment will be considered unless made at least one week before the date of the scheduled conference.

    All parties should also be prepared to address at the conference the factual and legal bases for their claims or defenses, any issue as to subject matter jurisdiction, and any other issue relevant to case management.

Dated: November 2, 2007
      New York, New York

SO ORDERED:

*George B. Daniels*
George B. Daniels
United States District Judge