USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 15 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS MARIA DE LOS SANTOS,

            Plaintiff,

-v-                                       07 cv 09731  (GBD)

NEW ATLANTIS MANAGEMENT CORP.,        ORDER
and SUPREME REALTY INC.

            Defendants.

GEORGE B. DANIELS, District Judge:

       The Court orders that the Pro Se Office seek counsel for plaintiff in accordance with the Pro Bono Panel's procedures.

       Plaintiff's case will be placed on a list that the Pro Se Office circulates to attorneys who are members of the Pro Bono Panel of the Court. It may take some time for this list to circulate. There are no funds to retain counsel in civil cases, therefore the panel relies on volunteers. If an attorney decides to take plaintiff's case, that attorney will contact plaintiff directly. There is no guarantee, however, that a volunteer attorney will decide to take the case. The Court will proceed with the case in accordance with the case management plan and scheduling order. The Court will also periodically review whether any attorney has expressed an interest in plaintiff's case. If no attorney volunteers to take the case, plaintiff will proceed with the case on his own, pro se.

       Plaintiffs appearing pro se should direct any questions to the Pro Se Office at 500 Pearl Street, Room 230 (telephone (212) 637-0175).

Dated: November 14, 2007
       New York, New York

                                                              SO ORDERED:

                                                             *George B. Daniels* (signature)
                                                             GEORGE B. DANIELS
                                                             United States District Judge